IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | CHAPTER 7 |
| | ) | |
| **Patrick T. Bryan** | ) | CASE NO. 19-17364 |
| **Mary C Bryan** | ) | |
| Debtor(s) | ) | JUDGE ARTHUR I HARRIS |
| | ) | |

## NOTICE OF CONTINUED 341 EXAM

Now come(s) the Debtors, **PATRICK T. BRYAN AND MARY C BRYAN,** by and through counsel, hereby gives notice that 341 Meeting of Creditors that was scheduled to be held on Monday, January 6th, 2020 at 10:30 a.m. is adjourned to Monday, January 6th, 2020 at 1 p.m. at H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114, due a scheduling conflict for debtor's counsel.

Respectfully submitted,

/s/ Kathleen Donnelly
KATHLEEN DONNELLY
Attorney for Debtors (0042636)
526 Superior Ave., Suite 211
Cleveland, OH 44114
(216) 241-9628

# CERTIFICATE OF SERVICE

I certify that on the 11th day of December 2019, a true and correct copy of the 341 Continued Notice was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Cleveland Office of US Trustee on behalf of Daniel M McDermott, US Trustee, at the registered address of US Trustee @ usdoj.gov established with the bankruptcy Court.

Richard Baumgart, Chapter 7 Trustee, at rbaumgart@dsb-law.com

And by regular U.S. mail, postage prepaid, on:

**Patrick T Bryan**
**Mary C Bryan**
**29310 Green Road**
**Willowick, OH 44095**

**Fred Hirsh MD**
**6551 Wilson Mills Rd, #101**
**Cleveland, OH 44143**

**Ace Cash Express**
**c/o National Credit Adjusters**
**P.O. Box 3023**
**327 West 4th Street**
**Hutchinson, KS 67504-3023**

**Ace Cash Express**
**1231 Greenway Drive**
**Suite 600**
**Attn: Bankruptcy Department**
**Irving, TX 75038**

**AES/PHEAA**
**Attn: Bankruptcy**
**Po Box 2461**
**Harrisburg, PA 17105**

**Allied Interstate**
**P.O. Box 361445**
**Columbus, OH 43236**

**Allied Interstate, Inc.**
**P.O. Box 1954**
**ATTN: Bankruptcy**
**Southgate, MI 48195-0954**


**Allied Interstate, Inc.**
**P.O. Box 361445**
**ATTN: Bankruptcy**
**Columbus, OH 43236**

**Ally Financial**
**Attn: Bankruptcy Dept**
**Po Box 380901**
**Bloomington, MN 55438**

**American Coradius International**
**2420 Sweet Home Rd**
**Buffalo, NY 14228**

**American Credit Acceptance**
**Attn: Bankruptcy**
**961 E Main St**
**Spartanburg, SC 29302**

**Americredit**
**801 Cherry Street, Ste. 3500**
**Fort Worth, TX 76102**

**Arrowhead Advance**
**650 Naamans Rd, #202**
**Claymont, DE 19703**

**AT & T**
**1801 Valley View Lane**
**Attn: Bankruptcy**
**Dallas, TX 75234**

**At&T**
**Attn: AT&T U-verse(SM)**
**P.O. box 5014**
**Carol Stream, IL 60197-5014**

**AT&T Uverse**
**208 S. Akard Street**
**Dallas, TX 75202**

**Atlantic Credit and Finance**
**P.O. Box 2001**
**Warren, MI 48090**

**ATT Uverse**
**208 South Akard Street**
**Dallas, TX 75202**

**Bank America**
**Attn: Bankruptcy Dept**
**475 Crosspoint Parkway**
**Getzville, NY 14068**


**Bank of America**
**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**

**Bank of America**
**c/o FIA Card Services**
**16001 Dallas**
**Addison, TX 75001**

**Bank of America**
**P.O. Box 26012**
**NC4-105-02-14**
**Attn: Bankruptcy Department**
**Greensboro, NC 27420**

**Bank Of America**
**Attn: Bankruptcy Corr. Unit**
**CA 6-919-01-41**
**P.O. Box 5170**
**Simi Valley, CA 93062**

**Bank of Missouri**
**5109 South Broadband Lane**
**Attn: Bankruptcy**
**Sioux Falls, SD 57109**

**Bastion Funding**
**One Atlantic Street**
**7th Floor**
**Stamford, CT 06901**

**Bay Area Credit Services**
**4145 Shackeford Road**
**Suite 330B**
**Norcross, GA 30093**

**Biltmore Asset Managment**
**24500 Center Ridge Road**
**Suite 472**
**Westlake, OH 44145**

**C & F Finance**
**4660 South Laburnum Ave**
**Henrico, VA 23231**

**C & F Finance Company**
**4660 S Laburnum Ave.**
**Richmond, VA 23231-2424**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

**CashNet USA**
**175 West Jackson**
**Suite 1000**
**Attn Bankruptcy**
**Chicago, IL 60606-6941**

**Cashnet USA**
**c/o NCP Finance Ohio**
**205 Sugar Camp Circle**
**Dept. ENOV**
**Dayton, OH 45409**

**CashNet USA.Com**
**327 West 4th Street**
**P.O. Box 3023**
**Hutchinson, KS 67504**

**CBE Group**
**P.O. Box 2337**
**Waterloo, IA 50704**

CCS Collection
725 Canton Street
Norwood, MA 02062

Tampa, FL 33630-3272
Channel Park Hull Service
5300 Whiskey Island
Cleveland, OH 44102

Charter Communications
P.O. Box 9001920
Louisville, KY 40290-1920

Charter Communications
P.O. Box 57547
Jacksonville, FL 32241

Charter One
P.O. Box 42002
Attn: Bankruptcy Dept.
Providence, RI 02940-2002

Charter One Bank
1 Citizens Plaza
ATTN: Bankruptcy
Providence, RI 02903

Charter One Na
10561 Telegraph Road
Warwick, RI 02886-1359

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850
CIG Financial/DEFI
6 Execuitve Circle
Suite 100
Irvine, CA 92614

Citimortgage, Inc.
succesor to Citifinancial
1000 Technolgy Place
ATTN: Bankruptcy
O'Fallon, MO 63680

**Citimortgage, Inc.**
**1 Assurant Way**
**ATTN: Bankruptcy**
**Springfield, OH 45505**

**CitiMortgage, Inc.**
**P.O. Box 6728**
**ATTN: Bankruptcy**
**Sioux Falls, SD 57117-6728**

**Citimortgage, Inc.**
**The Corporation Trust, Inc**
**2405 York Road Suite 201**
**Serve highest officer**
**Lutherville Timonium, MD 21093-2264**

**Citizens Bank**
**One Citizens Plaza**
**Providence, RI 02903**

**City of East Cleveland**
**P.O. Box 742503**
**Cincinnati, OH 45274**

**City of Euclid**
**Department of Taxation**
**585 East 222 Street**
**Euclid, OH 44123**

**Cleveland Clinic Bus Oper**
**Attn: Bankruptcy Dept.**
**6801 Brecksville Road**
**Independence, OH 44131**

**Cleveland Public Power**
**P.O. Box 94560**
**Cleveland, OH 44144**

**Cleveland Public Power**
**1300 Lakeside Avenue**
**Attn: Bankruptcy Department**
**Cleveland, OH 44114-1135**

**CMS/DHS**
7500 Security Blvd.
Windsor Mill, MD 21244

**Comenity Bank/Peebles**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Consumer Portfolio Service**
19500 JAMBOREE RD, SUITE 500
Irvine, CA 92612

**Consumer Portfolio Services**
19500 Jamboree Road
Irvine, CA 92612

**Convergent Outsourcing**
800 SW 39th Street
Suite 100
Renton, WA 98057

**CPP**
P.O. Box 94560
Cleveland, OH 44101

**Credit Acceptance**
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034

**Credit Collection Services**
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

**Credit One Bank**
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

**Department of Education/Nelnet**
Attn: Claims
Po Box 82505
Lincoln, NE 68501

**Deville Mgmt**
**Attn: Bankruptcy**
**Po Box 1987**
**Colleyville, TX 76034**

**DMS Promax**
**5401 ELMORE, #200**
**Davenport, IA 52807**

**Dominion East Ohio**
**P.O. Box 26666**
**Attn: Bankruptcy Group**
**Richmond, VA 23261-6785**

**Dr. Fred S Hirsh**
**6551 Wilson Mills Road**
**suite 101**
**Mayfield Heights, OH 44143**

**DT Credit**
**P.O. Box 2997**
**Phoenix, AZ 85062**

**Dyck O'Neal**
**Attn: Bankruptcy Dept**
**6060 N Central Expressway**
**Suite 200**
**Dallas, TX 75206**

**Eagle Loan Company of Ohio**
**5961 Andrews Road**
**Suite A & B**
**Mentor-on-the Lake, OH 44060**

**Elgin's Furniture Company**
**26400 Lakeland Blvd**
**Euclid, OH 44132-2542**

**Elgin's Furniture Company**
**26400 Lakeland Blvd**
**Attn: Hilary Hall, Atty**
**Euclid, OH 44132-2642**

**ER Solutions**
**P.O. Box 9004**
**Renton, WA 98057**

**ERC/Enhanced Recovery Corp**
**Attn: Bankruptcy**
**8014 Bayberry Road**
**Jacksonville, FL 32256**

**Euclid Hospital**
**18901 Lake Shore Blvd.**
**ATTN: Bankruptcy**
**Cleveland, OH 44119**

**FFCC-Cleveland**
**24700 Chagrin Blvd**
**Suite 205**
**Cleveland, OH 44122**

**FFCC-Cleveland**
**24700 Chagrin Blvd**
**Suite 205**
**Cleveland, OH 44122**

**Fifth Third Bank**
**38 Fountain Square Plaza**
**Cincinnati, OH 45263**

**Fifth Third Bank**
**1850 East Paris, MDROPRSCB3E**
**Bankruptcy Department**
**Grand Rapids, MI 49546**

**Fifth Third Bank**
**Bankruptcy Department**
**Maildrop RCSB3E**
**1830 E Paris Ave SE**
**Grand Rapids, MI 49546**

**Fingerhut**
**Attn: Bankruptcy**
**Po Box 1250**
**Saint Cloud, MN 56395**

**Fingerhut Direct Customer Service**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**

**First Federal Credit Control**
**Attn: Bankruptcy**
**24700 Chagrin Blvd, Ste 205**
**Cleveland, OH 44122**

**First Investors**
**380 Interstate North Parkway**
**Suite 300**
**Attn: Bankruptcy**
**Atlanta, GA 30339**

**First Investors Financial Services**
**5757 WOODWAY DRIVE**
**Suite 400**
**Houston, TX 77057**

**First PREMIER Bank**
**Attn: Bankruptcy**
**Po Box 5524**
**Sioux Falls, SD 57117**

**Flagship Credit Acceptance**
**P.O. Box 3807**
**Coppell, TX 75019**

**Float Money**
**206 West Main Street**
**Lexington, KY 40507**

**Ginnys/Swiss Colony Inc**
**Attn: Credit Department**
**Po Box 2825**
**Monroe, WI 53566**

**Global Lending Services**
**Five Concourse Pkwy, #2925**
**Atlanta, GA 30328**

**GM Financial**
**4000 Embarcadero Drive**
**Arlington, TX 76014**

**Hsbc/scusa**
**Po Box 961245**
**Fort Worth, TX 76161**

**Hunter Warfield**
**Attention: Bankruptcy**
**4620 Woodland Corporate Blvd**
**Tampa, FL 33614**

**IC System, Inc**
**Attn: Bankruptcy**
**Po Box 64378**
**Saint Paul, MN 55164**

**Internal Revenue Service**
**CIO**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Internal Revenue Service**
**CIO**
**P.O.Box 7346**
**Philadelphia, PA 19101-7346**

**ITT Financial Serv**
**645 Maryville Centre Drive**
**Saint Louis, MO 63141**

**ITT Financial Serv**
**1915 Cooper Foster Park Road**
**Amherst, OH 44001**

**James & Sarah Granito**
**5400 Oakridge Drive**
**Willoughby, OH 44094**

**JPMorgan Chase Bank, NA**
**P.O. Box 15369**
**Attn: Bankruptcy**
**Wilmington, DE 19850-5369**

**Kohls/Capital One**
**Attn: Credit Administrator**
**Po Box 3043**
**Milwaukee, WI 53201**

**Lease Finance Group**
**425 Washington Blvd, 15th Fl**
**Jersey City, NJ 07310**

**Lexington Law**
**P.O. Box 19095**
**Cleveland, OH 44119**

**LVNV Funding**
**P.O. Box 1269**
**Attn: Bankruptcy**
**Greenville, SC 29602**

**LVNV Funding**
**P.O. Box 1269**
**Greenville, SC 29603**

**LVNV Funding/Resurgent Capital**
**Attn: Bankruptcy**
**Po Box 10497**
**Greenville, SC 29603**

**Mariner Finance LLC**
**3301 Boston Street**
**Baltimore, MD 21224**

**Maxwell Alexander & Assoc.**
**7014 13th Avenue**
**Suite 202**
**Brooklyn, NY 11228**

**METROPOLITAN MGMT**
**13170 PURITAS AVE, #1**
**Cleveland, OH 44135**

**Microbilt/Shermeta Law**
**901 Tower Drive**
**Suite 400**
**Troy, MI 48098**

**MICROBILT/SHERMETALAWG**
**901 Tower Drive, #400**
**Troy, MI 48098**

**Midland Funding**
**2365 Northside Dr Ste 300**
**San Diego, CA 92108**

**Midnight Velvet**
**Attn: Bankruptcy**
**1112 7th Avenue**
**Monroe, WI 53566**

**Midwest Recovery Systems**
**Attn: Bankruptcy**
**Po Box 899**
**Florissant, MO 63032**

**Midwest Recovery Systems**
**Po Box 899**
**Florissant, MO 63032**

**Moneylion Inc.**
**80 Broad Street**
**New York, NY 10004**

**Montgomery Ward**
**1112 7th Avenue**
**Attn: Bankruptcy Dept**
**Monroe, WI 53566-1364**

**Municipal Collections Of America**
**3348 Ridge Road**
**ATTN: Bankruptcy**
**Lansing, IL 60438-3112**

**Municipal Services Bureau**
**P.O. Box 16755**
**Attn: Bankrupcy**
**Austin, TX 78761**

**National Credit Adjusters**
**P.O. Box 3023**
**Hutchinson, KS 67504-3023**

**National Credit Adjusters, LLC**
**327 West 4th Avenue**
**Po Box 3023**
**Hutchinson, KS 67504**

**NCB Management Services**
**Attn: Bankruptcy**
**One Allied Drive**
**Trevose, PA 19053**

**NIGIG LLC**
**597 PEACE PIPE ROAD**
**Lac Du Flambeau, WI 54538**


**NowCom/Westlake Financial**
**4751 Wilshire Blvd.**
**Los Angeles, CA 90010**

**O'Brien, Wexlar & Assoc.**
**PO Box 533**
**Lockport, NY 14095-0533**

**Ohio Attorney General's Office**
**Collections Enforcement**
**615 W Superior Ave 11th Fl**
**Attn: Alison Archer, Atty**
**Cleveland, OH 44113**

**Ohio Department of Taxation**
**Compliance Division**
**P.O. Box 182401**
**Columbus, OH 43218-2401**

**Peak Campus Management**
**2970 Clairmont Road**
**Suite 310**
**Atlanta, GA 30329**

**Permanent General**
**2636 Elm Hill Pk**
**Nashville, TN 37214**

**Phoenix Financial**
**8902 Otis Avenue**
**Suite 103A**
**Indianapolis, IN 46216**

**Premier Bank**
**3820 North Louise Avenue**
**Sioux Falls, SD 57107**

Premier BankCard
P.O. box 5524
Attn: Bankruptcy Dept.
Sioux Falls, SD 57117-5524

Premier BankCard
601 S Minnesota Ave.
Attn: Bankruptcy Dept.
Sioux Falls, SD 57104

Professional Recovery Services
2700 Meridian Parkway
Suite 200
Durham, NC 27713

Progressive Insurance
6300 Wilson Mills Rd
Mayfield Village, OH 44143

Progressive Insurance Support Ctr
P.O. Box 588002
Attn: Bankruptcy Department
North Metro, GA 30029-8002

QSSI/CMS
7500 Security Blvd.
Windsor Mill, MD 21244

Rebecca Swertloff DDS
34301 Chardon Rd
Willoughby, OH 44094

Regional Acceptance Corp.
1202 East Firetower Rd
Greenville, NC 27858

Republic Bank Trust Co
3098 Helmsdale Pl
Lexington, KY 40509

Rise Credit dba TC Loans
4150 International
Suite 400
Fort Worth, TX 76109

**RITA**
**10107 Brecksville Rd.**
**Brecksville, OH 44141**

**RITA**
**P.O. Box 6600**
**Cleveland, OH 44101-4569**

**RITA**
**Attn: Leah Patton**
**P.O. box 94569**
**Cleveland, OH 44101-4569**

**Santander Consumer USA**
**Attn: Bankruptcy**
**10-64-38-Fd7 601 Penn St**
**Reading, PA 19601**

**Seventh Ave**
**1112 7th Ave**
**Monroe, WI 53566**

**Stoneleigh Recovery Assoc**
**810 Springer Drive**
**Lombard, IL 60148-8479**

**Strike Acceptance**
**23272 Mill Creek Drive**
**Laguna Hills, CA 92653**

**Swiss Colony**
**1515 South 21st Street**
**Clinton, IA 52732**

**The Illuminating Company**
**P.O. Box 3638**
**Akron, OH 44309-3638**

**Total Visa/Bank of Missouri**
**Attn: Bankruptcy**
**Po Box 85710**
**Sioux Falls, SD 57118**

**Transworld System Inc**
**Attn: Bankruptcy**
**Po Box 15618**
**Wilmington, DE 19850**

**Transworld Systems Inc**
**9525 Sweet Valley Drive**
**Suite 100**
**Cleveland, OH 44125**

**Transworld Systems, Inc.**
**Collection Agency**
**P.O. box 15095**
**Attn: Bankrupcy**
**Wilmington, DE 19850**

**US Dept of Education**
**Attn: Bankruptcy**
**Po Box 16448**
**Saint Paul, MN 55116**

**Verizon Bankruptcy Administration**
**500 Technology Drive**
**Suite 550**
**Weldon Spring, MO 63304**

**Wells Fargo Bank NA**
**dba Wells Fargo Dealer Svcs**
**23 Pasteur #604**
**Irvine, CA 92618**

**Weltman, Weinberg & Reis**
**323 West Lakeside Avenue**
**Suite 200**
**Cleveland, OH 44113**

**William C Behrens, Attorney**
**P.O. Box 6031040**
**Cleveland, OH 44103**

**William C Behrens, Attorney**
**1000 2nd Street**
**Unit 103**
**Painesville, OH 44077**

Respectfully submitted,

/s/ Kathleen Donnelly
KATHLEEN DONNELLY
Attorney for Debtors (0042636)
526 Superior Ave., Suite 211
Cleveland, OH 44114
(216) 241-9628